Commonwealth, Appellant, *v.* Johnson.

Argued December 6, 1971.

*Oscar F. Spicer,* District Attorney, for Commonwealth, appellant; *Robert E. Campbell,* Public Defender, for appellee.

Order affirmed.